RECEIVED

JAN 2 0 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| WHITNEY NATIONAL BANK | CIVIL ACTION NO. 09-0059 |
| VERSUS | JUDGE DOHERTY |
| WILLIAM H. BOYLSTON | MAGISTRATE JUDGE HILL |

### ORDER

For the reasons stated in the Memorandum Ruling issued on January 20, 2011,

IT IS ORDERED that the Motion for Summary Judgment [Doc. 85] filed by Whitney National Bank ("Whitney") is GRANTED in its entirety. Whitney is entitled to judgment as a matter of law on its claim to recover under the promissory note and is also entitled to judgment as a matter of law on its affirmative defense asserted in response to Dr. Boylston's counterclaim for fraud.

IT IS FURTHER ORDERED that the parties shall present a Judgment, approved as to form by all parties, within ten (10) days of the date of this Memorandum Ruling.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this _20_ day of January 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE